IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:10-CV-153-RLV-DCK

| | |
|---|---|
| MARCUS ROWE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| ECKERD YOUTH ALTERNATIVES, INC., and ECKERD FAMILY YOUTH ALTERNATIVES, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) concerning Amanda E. Ballard, filed November 3, 2010. Ms. Ballard seeks to appear as counsel *pro hac vice* for Defendants Eckerd Youth Alternatives, Inc. And Eckerd Family Youth Alternatives, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Ballard is admitted to appear before this court *pro hac vice* on behalf of Defendants Eckerd Youth Alternatives, Inc. And Eckerd Family Youth Alternatives, Inc.

Signed: November 3, 2010

David C. Keesler
United States Magistrate Judge