IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:10-CV-153-RLV-DCK

| | |
|---|---|
| MARCUS ROWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ECKERD YOUTH ALTERNATIVES, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Compel And For Sanctions" (Document No. 38). This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and is now ripe for disposition. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion, without prejudice to re-file.

"Defendant's Motion To Compel And For Sanctions" (Document No. 38) was filed on February 25, 2012; "Plaintiff's Response In Opposition To Defendant's Motion To Compel And For Sanctions" (Document No. 41) was filed March 15, 2012; and on March 23, 2012, "Defendant's Notice That It Does Not Intend To File A Reply Brief Regarding Defendant's Motion To Compel And For Sanctions" (Document No. 44) was filed. Based on the parties' submissions, and in the interest of judicial economy, the undersigned finds that the pending motion should be denied.

In this instance, Plaintiff has filed a persuasive response that contends, *inter alia*, that since the motion to compel was filed, Plaintiff has supplemented his discovery responses and stipulated to certain facts. (Document No. 41, pp.4, 6). According to Plaintiff, he has provided reasonable and diligent responses, and "[a]s of now, all requested information has been provided in a timely manner." (Document No. 41, pp.4-5). As such, it appears that Plaintiff may have complied with

the discovery requests subject to the instant motion, or at least narrowed the parties' dispute as to what information must be provided.

While Defendant is permitted by the Local Rules to file a notice of intent not to reply, the lack of reply brief challenging any of the assertions in Plaintiff's response further suggests that the motion to compel may be moot. However, since the undersigned recognizes that there may still be discovery disputes outstanding, and/or that Defendant may still seek sanctions against Plaintiff, the undersigned will deny the motion without prejudice. Prior to filing a new motion to compel, the parties are respectfully reminded to confer and attempt to resolve their disagreement without further Court intervention.

**IT IS, THEREFORE, ORDERED** that the "Defendant's Motion To Compel And For Sanctions" (Document No. 38) is **DENIED WITHOUT PREJUDICE**.

Signed: March 29, 2012

David C. Keesler
United States Magistrate Judge