IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:10-CV-153-RLV-DCK

| MARCUS ROWE, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| ECKERD YOUTH ALTERNATIVES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Kenneth P. Carlson, Jr., filed a "Certification Of ADR Session" (Document No. 46) notifying the Court that the parties reached a settlement on June 13, 2012. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **July 13, 2012**.

Signed: June 18, 2012

David C. Keesler
United States Magistrate Judge